IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

HANWHA AZDEL, INC.,
    *Plaintiff*,

v.

C&D ZODIAC, INC,
    *Defendant*.

CIVIL ACTION NO. 6:12-CV-00023

**O R D E R**

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

For the reasons stated in the accompanying memorandum opinion, I hereby **ADOPT** *in toto* the Report and Recommendation (docket no. 275) of United States Magistrate Judge Robert S. Ballou regarding Plaintiff's motion to stay the taxing of costs pending appeal. Accordingly, Defendant's bill of costs (docket no. 260) is **GRANTED** in the reduced amount of $36,013.30; Plaintiff's motion to stay costs (docket no. 271) is **GRANTED**, **in part**, **and DENIED**, **in part**. Defendant is **DIRECTED** to submit a corrected bill of costs within fifteen (15) days of the date of entry of this order, and payment of the awarded costs will be **STAYED** pending the resolution of Plaintiff's appeal to the United States Court of Appeals for the Fourth Circuit, **provided that**, within fifteen(15) days of the date of entry of the corrected bill of costs, Plaintiff posts a supersedeas bond for $36,013.30.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

Entered this   27th   day of March, 2015.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE